UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

M.M. AND T.M. *individually and as parents and guardians of A.M., S.M. and H.M., minors*

                Plaintiffs

vs
THE COUNTY OF ONTARIO, et al.

                Defendants

**ORDER**

11-CV-6040

---

On February 15, 2012, this Court ordered the Plaintiffs to show cause why this case should not be dismissed for their failure to prosecute pursuant to Local Rule 41(b). Plaintiffs responded by letter dated March 15, 2012, indicating that they did not object to the dismissal of this case. Accordingly, this case is now hereby dismissed.

**SO ORDERED.**

                                              S/ MICHAEL A. TELESCA
                                              HON. MICHAEL A. TELESCA
                                              United States District Judge

Dated:    Rochester, New York
              March 26, 2012